CENTRAL TRUST BANK, et al, James Purkett, Richard Purkett, Joseph Purkett and Diane Purkett–Johnson, Respondents.

No. WD 59434.

Missouri Court of Appeals, Western District.

May 7, 2002.

Steve McGINNIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59972.

Missouri Court of Appeals, Western District.

May 14, 2002.

Mark A. Grothoff, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Steven D. McGinnis appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. He was convicted by a jury verdict of endangering the welfare of a child, section 568.045, RSMo 1994. In deciding his sole point, the Court of Appeals determined that his trial counsel's reason for not calling a witness was trial strategy. The judgment of the motion court is affirmed. Rule 84.16(b)